## MAXTON HOUSING AUTHORITY v. McLEAN

No. 626A84.

Case below: 70 N.C. App. 550.

Petition by defendant for discretionary review under G.S. 7A-31 denied as to additional issues 4 December 1984.

## O'BRIANT v. O'BRIANT

No. 598A84.

Case below: 70 N.C. App. 360.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied as to additional issues 4 December 1984.

## SHORT v. GENERAL MOTORS CORP.

No. 585P84.

Case below: 70 N.C. App. 454.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 December 1984.

## SKINNER v. E. F. HUTTON & CO.

No. 614A84.

Case below: 70 N.C. App. 517.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed as to additional issues 4 December 1984.

## STATE v. JORDAN

No. 519P84.

Case below: 69 N.C. App. 770.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 December 1984.